# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**  **Date:** 5/5/2025  **Time:** 11:00 p.m.

**Defendant:** Sheldon Dounn (J)  **J#:** 46741-004  **Case #:** 25-mj-6279-AOV

**AUSA:** Alex P. for M. Catherine Koontz  **Attorney:** Marc David Seitles, Esq. (Temporary)

**Violation:** FAILURE TO APPEAR, ORDER OF THE COURT

**Proceeding:** Detention Hearing/Removal Hearing  **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No  **Recommended Bond:** Pretrial Detention

**Bond Set at:** $250,000 PSB  **Co-signed by:** Samuel Dounn, Eric Dounn, Roseanne Dounn

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☑ Other: See bond

**Language:** English

**Disposition:**
Defendant present
Detention Hearing not held. **Court accepts and set stipulated bond.** Defendant released.
**Defendant waives Identity Hearing in this District,** see Waiver. **Order of Removal issued.**
All further proceedings to take place before the Southern District of Texas.

**NEXT COURT APPEARANCE**  **Date:**  **Time:**  **Judge:**  **Place:**

**Report RE Counsel:**
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:**
**Status Conference RE:**
**D.A.R.** 11:28:15  **Time in Court:** 25 minutes

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..

15